IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDUARDO QUINTANILLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-14-818-R |
| ) | |
| MICHAEL MADDALONI, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin. Doc. No. 7. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 29th day of October, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE